# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Manion, Daniel A. | 2. Court or Organization<br><br>USCA-7 | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>301 Grant Federal Building<br>204 S. Main Street<br>South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 20 P 1:10
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking | A | Interest | J | T | | | | | |
| 2. Ken Bank checking #2 | | None | J | T | | | | | |
| 3. AIM Asia Pacific Growth fund | A | Distribution | J | T | | | | | |
| 4. Gabelli Value Mutual Fund | A | Distribution | K | T | | | | | |
| 5. Templeton Foreign Fund | E | Distribution | L | T | | | | | |
| 6. Europacific Growth Fund | C | Distribution | K | T | | | | | |
| 7. Goldman Sachs Small Cap Value FUnd | A | Distribution | K | T | | | | | |
| 8. Hartford Capital Appreciation Fund | A | Distribution | L | T | | | | | |
| 9. Indiana Health Muni | A | Interest | | | Redeemed | 9/1 | J | A | |
| 10. AIM Developing Markets Fund | A | Distribution | J | T | | | | | |
| 11. First Opportunity Fund | A | Distribution | J | T | | | | | formerly First Financial |
| 12. UBS deposit account | A | Distribution | J | T | | | | | |
| 13. Seligman Global Fund | | None | J | T | | | | | |
| 14. Janus Fund | A | Distribution | L | T | | | | | |
| 15. Fidelity Magellan Fund | A | Distribution | K | T | | | | | |
| 16. Diamonds | | None | J | W | | | | | |
| 17. Boeing Company common | A | Dividend | J | T | Buy | 9/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Evansville Redev. Bond | A | Interest | J | T | | | | | |
| 19. Blackrock Muni 2018 trust | A | Distribution | J | T | Buy | 9/25 | J | | |
| 20. Barclays Bank preferred | A | Dividend | J | T | Buy | 9/26 | J | | |
| 21. Credit Suisse preferred | A | Dividend | J | T | Buy | 9/26 | J | | |
| 22. Deutsche Bank preferred | A | Dividend | J | T | Buy | 9/26 | J | | |
| 23. ING Group preferred | A | Dividend | J | T | Buy | 9/26 | J | | |
| 24. Merrill Lynch preferred | A | Dividend | J | T | Buy | 9/26 | J | | |
| 25. South Bend Redev. Bond | A | Interest | J | T | | | | | |
| 26. Indiana St. Dev. bond | A | Interest | J | T | | | | | |
| 27. Chicago IL O'Hare bond | A | Interest | J | T | Buy | 9/24 | J | | |
| 28. Brownsville TX bond | A | Interest | J | T | Buy | 9/24 | J | | |
| 29. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 30. Indianapolis IN gas bond | A | Interest | J | T | Buy | 9/25 | J | | |
| 31. Hamilton Co. OH bond | A | Interest | J | T | Buy | 9/24 | J | | |
| 32. Kane/DeKalb Co. IL bond | A | Interest | J | T | Buy | 9/25 | J | | |
| 33. University Akron bond | A | Interest | J | T | Buy | 9/24 | J | | |
| 34. Keycorp common | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  UBS deposit account | B | Distribution | J | T | | | | | |
| 36.  IRAs -- items 37-44 | | | | | | | | | |
| 37.  Oppenheimer Fund | | None | J | T | | | | | |
| 38.  UBS Bank USAdep | A | Distribution | J | T | | | | | formerly Wachovia |
| 39.  General Electric | A | Dividend | J | T | | | | | |
| 40.  Davis NY Venture Fund | A | Distribution | L | T | | | | | |
| 41.  Franklin Balance Sheet | B | Distribution | K | T | | | | | |
| 42.  FICO strips | A | Interest | | | Sold | 11/3 | J | A | |
| 43.  Federal 401K plan | | None | M | T | | | | | |
| 44.  State of Indiana retirement | | None | J | T | | | | | |
| 45.  Growth Fund America | A | Distribution | J | T | | | | | |
| 46.  20/20 Fund (Jennison) | A | Distribution | K | T | | | | | |
| 47.  Northwestern Mutual Life Insurance | | None | M | T | | | | | |
| 48.  Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 49.  Baird Trust Acct: Items 51-82 | | | | | | | | | |
| 50.  Automatic Data Processing (ADP) | A | Dividend | K | T | Buy | 9/23 | J | | partial purchase |
| 51.  Computer Sciences Corp. common | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Target Corp common | B | Dividend | L | T | | | | | |
| 53. Columbia Sportswear | A | Dividend | | | Sold | 7/30 | K | A | |
| 54. Windstream Corp. | B | Dividend | K | T | Buy | 1/11 | K | | and 10/21, 10/22 bought 4/3 |
| 55. Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 56. Intel Corp common | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 58. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 59. Baird Muni Money Market (Dreyfus) | B | Distribution | L | T | | | | | |
| 60. Fiserv Inc. | | None | L | T | | | | | |
| 61. Becton Dickinson & Co | | None | K | T | Buy | 9/11 | K | | |
| 62. Clarcor Inc. | A | Dividend | K | T | Buy | 9/4 | K | | |
| 63. Ecolab common | A | Dividend | K | T | Buy | 4/3 | K | | and 8/6, 10/17 bought |
| 64. Patterson Dental | | None | L | T | | | | | |
| 65. Fastenal common | C | Dividend | M | T | Sold | 4/14 | K | E | partial sale |
| 66. Harman International | A | Dividend | | | Sold | 7/7 | J | A | |
| 67. ING Group NV preferred | B | Dividend | K | T | Sold | 10/21 | J | A | |
| 68. Royal Bank of Scotland | B | Dividend | J | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harley Davidson common | B | Dividend | K | T | | | | | |
| 70. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 71. Zebra Tech Corp. | | None | K | T | | | | | |
| 72. McGraw-Hill common | B | Dividend | K | T | | | | | |
| 73. Walgreen | A | Dividend | K | T | | | | | |
| 74. Emerson Electric | B | Dividend | K | T | | | | | |
| 75. Wrigley William Jr. Co. | A | Dividend | | | Donated | | | | |
| 76. Federated Invs Class B | C | Dividend | K | T | Buy | 7/25 | K | | and 9/23 bought |
| 77. Microsoft Corp | A | Dividend | K | T | | | | | |
| 78. McConnick & Co. | A | Dividend | K | T | Buy | 1/2 | K | | and 1/30 bought |
| 79. VCA Antech Inc. | | None | K | T | Buy | 3/31 | K | | and 9/5 bought |
| 80. General Electric | B | Dividend | K | T | | | | | |
| 81. Harris Corp | A | Dividend | K | T | | | | | |
| 82. BP PLC common | D | Dividend | L | T | | | | | |
| 83. General Electric | B | Dividend | K | T | | | | | |
| 84. Pfizer Inc. | C | Dividend | K | T | | | | | |
| 85. PRocter & Gamble | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. SM Smucker | A | Dividend | J | T | | | | | |
| 87. UBS deposit account | B | Dividend | M | T | | | | | |
| 88. Ohio State Higher Educ. fund | A | Interest | J | T | Buy | 10/6 | K | | |
| 89. UBS custodial accts: Fidelity Adv. dividend growth▮▮▮▮ | A | Distribution | J | T | | | | | formerly McDonald |
| 90. Alliance College Bound Fund | | None | L | T | | | | | |
| 91. American Funds College America | | None | M | T | | | | | |
| 92. College Choice 529 plan | A | Distribution | J | T | | | | | |
| 93. Fidelity Spartan 500 Index Fund | A | Distribution | J | T | | | | | |
| 94. Fidelity Growth and Income Fund | A | Distribution | K | T | | | | | |
| 95. Vanguard 500 Index Fund | A | Distribution | K | T | | | | | |
| 96. Metlife Bank Money Market | A | Distribution | J | T | Redeemed | 10/3 | | | |
| 97. OppenheimerFunds Legacy Program | A | Distribution | K | T | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544